JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL A. HICKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 8:20-cv-00237-MCS (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 15, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE